UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Docket No.:
MENDEL MIKLER,                                                         Date Purchased:

                            Plaintiff,                **COMPLAINT**

      -against-                                                       **Jury Trial Demanded**

ALLSTATE INSURANCE COMPANY.

                            Defendant.
-------------------------------------------------------------------X

      Plaintiff, by his attorneys, **ABOULAFIA LAW FIRM, LLC**, complaining of the Defendants, respectfully allege, upon information and belief that:

1.   The jurisdiction of the Court is invoked pursuant to 28 USC §1332(c)(1) as the matter in controversy exceeds the sum or value of $75,000, and is between citizens of different States.

2.   At all times herein mentioned, Plaintiff **MENDEL MIKLER,** had an ownership interest and insurable interest in the property located at 31 Wood Avenue, Monticello, NY 12701 ("Subject Premises").

3.   At all times herein mentioned, Defendant **ALLSTATE INSURANCE COMPANY** was and still is a corporation authorized, licensed admitted and/or engages in the business of providing insurance and being an insurer in the State of New York, and located at 3075 Sanders Road, Suite H1E, Northbrook, IL 60062.

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST
### DEFENDANT ALLSTATE INSURANCE COMPANY

4.   On or about September 28, 2015, Defendant **ALLSTATE INSURANCE COMPANY** made and issued to Plaintiff for good and valuable consideration a certain policy insurance bearing policy number 000013347282 whereby Defendant did insure the Subject Premises.

5.   That on or about March 31, 2016, while said policy was in full force and effect, Plaintiff

suffered a loss by a covered peril of the property insured by Defendant.

6. At all relevant times, Plaintiff had an insurable interest in the aforementioned property.

7. As a result of the loss, Plaintiff **MENDEL MIKLER** has sustained damages in the sum of at least EIGHTY-SIX THOUSAND TWO HUNDRED AND SEVENTEEN DOLLARS AND EIGHT CENTS ($86,217.08).

8. Defendant **ALLSTATE INSURANCE COMPANY** has declined to indemnify Plaintiff for the loss sustained although claim has been duly made and all conditions of the policy have been met.

9. As a result of Defendant's breach of contract, Plaintiff **MENDEL MIKLER** has been damaged in the sum of at least EIGHTY-SIX THOUSAND TWO HUNDRED AND SEVENTEEN DOLLARS AND EIGHT CENTS ($86,217.08).

10. By reason of the foregoing, Plaintiff **MENDEL MIKLER** has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE,** it is respectfully requested that Plaintiff MENDEL MIKLER has judgment against Defendant ALLSTATE INSURANCE COMPANY on the First cause of action in the sum of at least EIGHTY-SIX THOUSAND TWO HUNDRED AND SEVENTEEN DOLLARS AND EIGHT CENTS ($86,217.08) with interest from March 31, 2016, and for costs and disbursements of this action.

Dated:   New York, New York
         September 1, 2016

ABOULAFIA LAW FIRM, LLC.

By:_____
Matthew S. Aboulafia
Attorneys for Plaintiff
228 East 45th Street, Suite 1700
New York, NY 10017
(212) 684-1422