UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mendel Mikler,

                        Plaintiffs,                  **O R D E R**

      - against -                                 7:16-cv-06889-cs

Allstate Insurance Company,

                        Defendant.
-----------------------------------------------------------X

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    SO ORDERED.

Dated: White Plains, New York
          February 15, 2017

                                                                SO ORDERED.

                                                                 *Cathy Seibel*
                                                                 CATHY SEIBEL, U.S.D.J.